JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH SANCHEZ, an Individual,<br><br>    Plaintiff,<br><br>    v.<br><br>PEP BOYS, et al.<br><br>    Defendants. | Case No.: 8:18-cv-02300-JLS-ADS<br><br>**ORDER FOR JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE.** |

| | |
|---|---|
| 1 | WHEREAS, Defendant PEP BOYS MANY MOE & JACK OF CALIFORNIA INC., ("Defendant"), on one hand, and Plaintiff JOSEPH SANCHEZ ("SANCHEZ"), on the other hand, stipulated, through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure Rule 41(a), that all claims and demands asserted by SANCHEZ in this action shall be dismissed without prejudice, each party to bear their own costs and attorney fees; and |

WHEREAS, Defendant PEP BOYS MANY MOE & JACK OF CALIFORNIA INC., ("Defendant"), on one hand, and Plaintiff JOSEPH SANCHEZ ("SANCHEZ"), on the other hand, stipulated, through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure Rule 41(a), that all claims and demands asserted by SANCHEZ in this action shall be dismissed without prejudice, each party to bear their own costs and attorney fees; and

WHEREAS, it appears to the Court that the terms of the stipulation appear proper, and upon good cause showing,

IT IS HEREBY ORDERED that all claims and demands asserted by SANCHEZ in this action shall be and hereby are dismissed without prejudice.

IT IS HEREBY ORDERED without prejudice, each party to bear their own costs and attorney's fees.

DATED: June 5, 2019

By:   <u>JOSEPHINE L. STATON</u>
       Hon. Josephine L. Staton
       UNITED STATES DISTRICT COURT